IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARRYL WILLIAM YOUNG, | CV 03-1308-BR (Lead Case) |
| ROBERT TILLITZ, | CV 03-1215-BR |
| ROBERT EUGENE CLEVELAND, | CV 03-1327-BR |
| TAHIR ABDUL JIHAD-BLACK, | CV 03-1666-BR |
| RONALD EUGENE PIERCE, | CV 03-1712-BR |

    Petitioners,

  v.                                                        ORDER

CHARLES DANIELS, Warden,

    Respondent.

BROWN, Judge.

    IT IS ORDERED that the parties' Joint Motion for Order of Dismissal Pursuant to Agreement is GRANTED.

    IT IS FURTHER ORDERED that all other pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this __27th__ day of February, 2006.

                                     /a/ Anna J. Brown
                                       ANNA J. BROWN
                                       United States District Judge